```
_____ FILED        _____ ENTERED
_____ LOGGED       _____ RECEIVED

          NOV 13 2023
          AT BALTIMORE
    CLERK, U.S. DISTRICT COURT
       DISTRICT OF MARYLAND
BY_____  DEPUTY
```

Scott Screen 45508-019
FCI Fort Dix
P.O. Box 2000
Joint Base MDL. NJ 08640

November 8, 2023

Judge George Levi Russell
Edward A. Garmatz United States District Courthouse
101 W Lombard St
Baltimore, MD 21201

*In Ref To: 1:21-cr-00085-GLR*

Dear Judge George Levi Russell,

I hope this letter finds you well. I am writing to seek your assistance in resolving a matter of great importance to me – the return of my personal property, which was not part of any forfeiture agreement. I have been facing significant difficulties in this matter, and I believe your intervention can help facilitate the retrieval of my belongings.

I would like to bring to your attention that my attorney has been unresponsive to my repeated attempts to address this issue. Over the course of the past year, I have sent four letters to my attorney, requesting assistance in recovering my property, but regrettably, I have not received any responses from him. I have even engaged family members to call and fax my attorney on my behalf, yet all these efforts have yielded no results.

The list of my belongings that I am seeking to have returned is as follows:

- My New York State Driver's License
- My Maryland State Identification Card
- My United States Passport And United states Passport ID
- House Keys
- Black Tumi Wallet
- Yellow Wallet
- Black Wallet With Debit Cards
- Black iPod
- Rose Gold iPad
- Two iPhones
- Samsung Android Phone
- Three Garmin GPS Systems
- My Birth Certificate



My Social Security Card
$3,400 Cash
A 2-Gallon Zip Lock Bag Containing Family Photos

I would like to emphasize that none of these items were subject to any forfeiture agreement, and therefore, I believe I have a rightful claim to their return. In light of the situation, I would like to request your assistance in facilitating the release of my personal property to my brother, Shawn Screen, who is willing to act as the custodian of these items until they can be safely returned to me.

Your Honor, I am seeking the court's intervention to help resolve this matter, as I am at an impasse due to the lack of communication and cooperation from my attorney. I believe that the return of these personal items is crucial for my daily life and personal identity.

I kindly request that the court considers my plea for assistance in this matter and initiates the necessary legal actions to ensure the prompt return of my personal property. I am willing to provide any additional information or documentation as required to facilitate this process.

Thank you for your attention to this matter, and I am hopeful that with your intervention, a resolution can be achieved promptly. I am at your disposal for any further information or clarification required.

Sincerely,

Scott Screen